Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 09-24756 JAB |
| --- | --- | --- |
|  | ) | Chapter 7 |
| TROND PEDERSEN and | ) |  |
| ALEENA PEDERSEN, | ) | **DEPOSIT OF FUNDS FOR SMALL** |
|  | ) | **CLAIMS** |
| Debtors. | ) |  |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.  The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.  The following creditors were to have received a 00.37% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 8 | Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St.<br>Phoenix, AZ 85003 | $4.02 |
| 13 | IKON Financial Services<br>P.O. Box 13708<br>Macon, GA  31208-3708 | $0.18 |



| | | |
|---|---|---|
| 14 | Chase Bank USA, N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | $4.30 |
| 16 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $2.36 |
| 20 | Barnes Bank<br>P.O. Box 207<br>Kaysville, UT 24037-0207 | $1.48 |
| 25 | Zions First National Bank<br>Legal Services UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT 84130 | $3.72 |

3. A check in the amount of $16.06 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 8th day of June, 2010.

_____
Gary E. Jubber, Trustee

ND: 4837-4876-2882, v. 1                                    2

## CERTIFICATE OF SERVICE

I hereby certify that on the _8th_ day of June, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_/s/ [signature]_